Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228 Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
Dan A. Leary, Esq.
ARNOLD & PORTER LLP
555 12th Street NW
Washington, DC 20004
Tel: (202) 942-5000   Fax: (202) 942-5999
Asim.Varma@aporter.com; Howard.Cayne@aporter.com;
Michael.Johnson@aporter.com; Dan.Leary@aporter.com

*Attorneys for Intervenor Federal Housing Finance Agency*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICK SALOMON,<br><br>                    Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al.,<br><br>                    Defendants.<br><br>and<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association,<br><br>                    Intervenor. | CASE NO. 2:14-cv-02225-MMD-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR FNMA AND FHFA TO FILE THEIR REPLY IN SUPPORT OF THEIR JOINT MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                    Counterclaimant,<br><br>and<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association,<br><br>                    Intervenor. | |

10332896

vs.

RICK SALOMON; BACARA RIDGE ASSOCIATION,

                Counter-defendants.

Plaintiff/Counter-Defendant, Rick Salomon ("Salomon"); Defendant/Counterclaimant, Federal National Mortgage Association ("Fannie Mae"); and Intervenor, Federal Housing Finance Agency ("FHFA"), by and through their undersigned counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED that the deadline for Fannie Mae and FHFA to file their reply to Salomon's Response to Fannie Mae and FHFA's Joint Motion for Summary Judgment is extended from May 7, 2015 to June 5, 2015.

This is the first request for an extension of time for Fannie Mae and FHFA to file their reply to Salomon's Response to the Joint Motion for Summary Judgment. This stipulation is not entered for purposes of delay but rather to allow Fannie Mae and FHFA's counsel an opportunity to review and respond to the allegations contained in Salomon's Response.

DATED this 6th day of May, 2015.

**AKERMAN LLP**

By: /s/ Darren T. Brenner
    Darren T. Brenner, Esq. (8386)
    Tenesa S. Scaturro, Esq. (SBN 12488)
    1160 Town Center Drive, Suite 330
    Las Vegas, NV 89144
    Tel: (702) 634-5000   Fax: (702) 380-8572
    darren.brenner@akerman.com;
    tenesa.scaturro@akerman.com

*Attorneys for Federal National Mortgage Association*

**FENNEMORE CRAIG, P.C.**

By: /s/ Leslie Bryan Hart
    Leslie Bryan Hart, Esq. (SBN 4932)
    John D. Tennert, Esq. (SBN 11728)
    300 E. Second St., Suite 1510
    Reno, Nevada 89501
    Tel: 775-788-2228   Fax: 775-788-2229
    lhart@fclaw.com;  jtennert@fclaw.com
    and
**ARNOLD & PORTER LLP**
(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
Dan A. Leary, Esq.

*Attorneys for Intervenor Federal Housing Financing Agency*

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

10332896

2

**HONG & HONG, A PROFESSIONAL LAW CORPORATION**

By:   /s/   Joseph Y. Hong
      Joseph Y. Hong, Esq. (SBN 5995)
      10781 West Twain Avenue
      Las Vegas, Nevada 89135

*Attorneys for Plaintiff Rick Salomon*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

DATED:   May 7, 2015

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

10332896

3