Paul P. Terry Jr., SBN 7192
Aaron Yen, SBN 11744
ANGIUS & TERRY LLP
1120 N. Town Center Drive, Suite 260
Las Vegas, NV 89144
Telephone: (702) 990-2017
Facsimile: (702) 990-2018
pterry@angius-terry.com
ayen@angius-terry.com

Attorneys for Counter-Defendant Bacara Ridge Association

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICK SALOMON, | Case No. 2:14-cv-02225-MMD-PAL |
| Plaintiff, | |
| v. | **FIRST AMENDED STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE FOR COUNTER-DEFENDANT BACARA RIDGE ASSOCIATION** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; NEVADA ASSOCIATOIN SERVICES, INC.; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants, | |
| and | |
| FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association, | |
| Intervenor. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| Counterclaimant, | |
| and | |
| FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National | |

1

Mortgage Association,

      Intervenor,

v.

RICK SALOMON; BACARA RIDGE ASSOCIATION,

      Counter-Defendants.

  IT IS HEREBY STIPULATED between Counterclaimant FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae"), by and through its counsel, Tenesa S. Scaturro, Esq. of Akerman LLP, and Counter-Defendant BACARA RIDGE ASSOCIATION ("Association"), by and through its counsel, Aaron C. Yen, Esq. of Angius & Terry LLP, that the response deadline for the Counter-Defendant Association to file a response to Fannie Mae's Counterclaims is extended until May 18, 2015.

  An extension was requested because Counter-Defendant's current counsel was not informed by the Association that this lawsuit had been served until April 14, 2015, after tender had been made to the Association's insurance carrier for legal defense coverage. Accordingly, the Association requested an extension of time in order to determine its legal representation and give counsel time to prepare an appropriate response going forward.

  This is the parties' first request to extend time and this request is not made to cause delay or prejudice to any party.

| Dated this 20th day of April, 2015 | Dated this 27th day of April, 2015 |
|---|---|
| ANGIUS & TERRY LLP | AKERMAN LLP |
| By:____/s/Aaron Yen_____ | /s/ Tenesa S. Scaturro<br>By:_____ |
| Paul P. Terry, Jr., SBN 7192<br>Aaron Yen, Esq., SBN 11744<br>ANGIUS & TERRY LLP<br>1120 N. Town Center Drive, Suite 260<br>Las Vegas, NV 89144<br>*Attorneys for Counter-Defendant*<br>*BACARA RIDGE ASSOCIATION*<br>*THE PRESERVES AT ELKHORN SPRINGS* | Darren T. Brenner SBN 8386<br>Tenesa S. Scaturro SBN 12488<br>AKERMAN LLP<br>1160 Town Center Drive Ste. 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Counterclaimant*<br>*FEDERAL NATIONAL*<br>*MORTGAGE ASSOCIATION* |

# ORDER

Pursuant to the above stipulation and for good cause appearing, **IT IS HEREBY ORDERED THAT** the response deadline for Counter-Defendant BACARA RIDGE ASSOCIATION to file a response to Counterclaimant FEDERAL NATIONAL MORTGAGE ASSOCIATION'S Counterclaims is **EXTENDED** until May 18, 2015.

Dated: May 11, 2015

_____
UNITED STATES DISTRICT COURT JUDGE

ANGIUS & TERRY LLP
1120 N. Town Center Dr.
Suite 260
Las Vegas, NV 89144
(702) 990-2017

3