UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICK SALOMON,<br><br>　　　　　　　　　　　　Plaintiff,<br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:14-cv-02225-MMD-PAL<br><br>AMENDED<br>ORDER<br><br>(Subst Atty – Dkt. #67) |

This matter is before the court on Plaintiff's Substitution of Attorney (Dkt. #67) March 29, 2016. Michael Beede of the law office of Michael Beede seeks leave to be substituted in the place and stead of Joseph Hong of Hong & Hong for Plaintiff Rick Salomon. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." A discovery plan and scheduling order has been entered with an August 15, 2016 discovery cutoff. Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (Dkt. #67) is **APPROVED**.
2. Michael Beede is substituted in the place of Joseph Hong for Plaintiff Rick Salomon, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 30th day of March, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1