Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228 Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000   Fax: (202) 942-5999
Asim.Varma@apks.com;
Howard.Cayne@apks.com;
Michael.Johnson@apks.com
*Attorneys for Intervenor Federal Housing Finance Agency*

Darren T. Brenner, Esq. (SBN 8386)
Ariel E. Stern, Esq. (SBN 8276)
William Shane Habdas, Esq. (SBN 13138)
Rebekkah Bodoff, Esq. (SBN 12703)
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
Tel: (702) 634-5000   Fax: (702) 380-8572
darren.brenner@akerman.com;
ariel.stern@akerman.com
william.habdas@akerman.com
rebekkah.bodoff@akerman.com

*Attorneys for Defendant/Counterclaimant Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICK SALOMON,<br>                    Plaintiff,<br>vs.<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al.,<br>                    Defendants.<br>and<br>FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association,<br>                    Intervenor. | CASE NO. 2:14-cv-02225-MMD-PAL<br><br>**[PROPOSED] SCHEDULING ORDER** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br>                    Counterclaimant,<br>and<br>FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association,<br>                    Intervenor.<br>vs.<br>RICK SALOMON; BACARA RIDGE ASSOCIATION,<br>                    Counter-Defendants. | |

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

12521042.1/038236.0001

1. On January 19, 2016, this Court issued an Order lifting the stay imposed pending the Ninth Circuit's issuance of its mandate in *Bourne Valley Court Trust v. Wells Fargo Bank, NA*, No. 15-15233, 832 F.3d 1154 (9th Cir. 2016) (ECF No. 73), and ordered the parties to submit a proposed scheduling order by January 25, 2017.

2. Accordingly, Plaintiff/Counter-Defendant Rick Salomon, Defendant/Counterclaimant Federal National Mortgage Association ("Fannie Mae"), Intervenor Federal Housing Finance Agency ("FHFA") and Counter-Defendant Bacara Ridge Association ("Bacara"), (collectively, "the Parties"), have conferred and have reached a mutually agreed upon resolution as to how to proceed in this case.

3. The Parties propose that the Court issue a scheduling order permitting them to file a motion for summary judgment addressing *Bourne Valley's* dispositive effect on this case no later than March 8, 2017. The parties further propose that any opposition to the motion for summary judgment be filed no later than April 7, 2017, and that any reply be filed by April 28, 2017.

4. The Parties further propose that all discovery be stayed, and that all other issues be deferred, including FHFA's and Fannie Mae's arguments under the Housing and Economic Recovery Act ("HERA"), 12 U.S.C. § 4617(j)(3), pending a decision on the motion for summary judgment.

5. Counter-Defendant Bacara takes no position with respect to the schedule proposed herein and intends to negotiate a stipulated disclaimer of interest

///

///

///

///

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

12521042.1/038236.0001

2

## **CONCLUSION**

For the foregoing reasons, the Parties submit this proposed Scheduling Order for the Court's consideration.

DATED this 25th day of January, 2017.

| | |
|---|---|
| **AKERMAN LLP** | **FENNEMORE CRAIG, P.C.** |
| By: /s/ William S. Habdas<br>Darren T. Brenner, Esq. (SBN 8386)<br>Ariel E. Stern, Esq. (SBN 8276)<br>William Shane Habdas, Esq. (SBN 13138)<br>Rebekkah Bodoff, Esq. (SBN 12703)<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>Tel: (702) 634-5000   Fax: (702) 380-8572<br>darren.brenner@akerman.com<br>ariel.stern@akerman.com<br>rebekkah.bodoff@akerman.com<br><br>*Attorneys for Defendant/Counterclaimant Federal National Mortgage Association* | By: /s/ Leslie Bryan Hart<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228 Fax: 775-788 2229<br>lhart@fclaw.com;jtennert@fclaw.com<br>and<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>(Admitted *Pro Hac Vice*)<br>Asim Varma, Esq.<br>Howard N. Cayne, Esq.<br>Michael A.F. Johnson, Esq.<br>*Attorneys for Intervenor Federal Housing Financing Agency* |
| **LAW OFFICE OF MIKE BEEDE** | **ANGIUS & TERRY LLP** |
| By: /s/ Michael N. Beede<br>Michael N. Beede, Esq. (SBN 13068)<br>2300 W. Sahara Ave., Suite 420<br>Las Vegas, NV 89102<br>Tel: (702) 473-8406 Fax: (702-832-0248<br>eservice@legallv.com<br><br>*Attorney for Plaintiff/Counter-Defendant Rick Salomon* | By: /s/ Michael McKelleb<br>Paul P. Terry, Jr., Esq. (SBN 7192)<br>Troy R. Dickerson, Esq. (SBN 9381)<br>Michael McKelleb, Esq. (SBN 12040)<br>1120 N.Town Center Dr., Suite 260<br>Las Vegas, NV 89144<br>Tel: (702) 990-2017  Fax: (702) 990-2018<br>mmccoy@angius-terry.com<br>tdickerson@angius-terry.com<br>mmckelleb@angius-terry.com<br>*Attorneys for Counter-Defendant Bacara Ridge Association* |

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 27, 2017

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

12521042.1/038236.0001

3

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 25th day of January, 2017, a true and correct copy of the **[PROPOSED] SCHEDULING ORDER** was transmitted electronically through the Court's e-filing electronic notice system to the attorney(s) associated with this case. If electronic notice is not indicated through the court's e-filing system, then a true and correct paper copy of the foregoing document was delivered via U.S. Mail.

Aaron Cheng-I Yen       ayen@angius-terry.com

Joseph Y Hong       yosuphonglaw@gmail.com

Michael N. Beede       eservice@legallv.com

Paul P. Terry , Jr       mmccoy@angius-terry.com

Troy R. Dickerson       tdickerson@angius-terry.com

/s/   Pamela Carmon
An Employee of Fennemore Craig, P.C.

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

12521042.1/038236.0001

4