MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
Law Office of Mike Beede, PLLC
2300 W. Sahara Ave., Suite 420
Las Vegas, NV 89102
Phone: 702-473-8406
eservice@legallv.com
*Attorneys for Plaintiff/Counter-Defendant Rick Salomon*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICK SALOMON,<br><br>                    Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                    Defendants,<br><br>and<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator of Federal National Mortgage Association,<br><br>                    Intervenor.<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                    Counterclaimant,<br><br>and<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator of Federal National Mortgage Association,<br><br>Intervenor,<br><br>vs. | CASE NO. 2:14-cv-02225-MMD-PAL<br><br><br><br>**NOTICE OF DISASSOCIATION** |

RICK SALOMON; BACARA RIDGE ASSOCIATION,

        Counter-Defendants.

Plaintiff/Counter-Defendant Rick Salomon hereby provides notice that Cheryl A. Grames, Esq. is no longer associated with The Law Offices of Mike Beede, PLLC, and requests that Ms. Grames be removed from the CM/ECF service list.

The Law Office of Mike Beede, PLLC will continue to represent Plaintiff/Counter-Defendant Rick Salomon and requests that Michael Beede, Esq. receive all future notices.

DATED this 3rd day of February, 2017.

        LAW OFFICE OF MICHAEL BEEDE, PLLC

        By:  */s/ Michael Beede, Esq.*
        MICHAEL BEEDE, ESQ.
        Nevada Bar No. 13068
        2300 W. Sahara Ave., #420
            as, NV 89102

IT IS SO ORDERED.

IT IS FURTHER ORDERED that counsel shall comply with LR IA 6-2 regarding the judge's signature block in future requests of this nature, and shall not put the signature block on a separate page.

Dated this 8th day of February, 2017.

        _____
        Peggy A. Leen
        United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, not interested in, this action. On the 3rd day of February, 2017, I caused a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** to be served by the method indicated:

___ U.S. Mail

___ U.S. Certified Mail

___ Facsimile Transmission

___ Federal Express

_X_ Electronic Service via CM/ECF

___ E-Mail

                                                                                                         _/s/ Allison Zeason_
                                                                                                         An Employee of the Law Office of
                                                                                                         Mike Beede, PLLC