DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JARED M. SECHRIST
Nevada Bar No. 10439
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:　(702) 634-5000
Facsimile:　(702) 380-8572
Email: darren.brenner@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICK SALOMON, <br><br>　　　　　Plaintiff, <br><br>v. <br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al., <br><br>　　　　　Defendants, <br>And <br><br>FEDERAL HOUSING FINANCE AGENCY, <br><br>　　　　　Intervenor. | Case No. 2:14-cv-02225-MMD-PAL <br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO RICK SALOMON'S MOTION TO REMAND** <br><br>[FIRST REQUEST] |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br>　　　　　Counterclaimant, <br>And <br><br>FEDERAL HOUSING FINANCE AGENCY, <br><br>　　　　　Intervenor, <br><br>v. <br><br>RICK SALOMON; BACARA RIDGE ASSOCIATION, <br><br>　　　　　Counter-Defendants. | |

1

46366801;1

# STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO RICK SALOMON'S MOTION TO REMAND

Plaintiff Rick Salomon (**Salomon**), and Federal Housing Finance Agency (**FHFA**) and stipulate as follows:

1. Salomon filed his motion to remand to State Court on August 27, 2018. [ECF No. 102]. FHFA's response was due on September 10, 2018. On September 10, 2018, Salomon agreed to the seven day extension.

2. The parties hereby stipulate and agree FHFA shall have seven (7) additional days to file its response. The new deadline for FHFA to file its response in to motion to remand to State Court shall be **September 17, 2018**.

3. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated: September 11, 2018

| **AKERMAN LLP** | **THE LAW OFFICE OF MIKE BEEDE, PLLC** |
|---|---|
| */s/ Jared M. Sechrist* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> JARED M. SECHRIST <br> Nevada Bar No. 10439 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for* <br> *Federal National Mortgage Association* | */s/ Michael Beede* <br> MICHAEL BEEDE, ESQ. <br> Nevada Bar No. 13068 <br> 2470 St. Rose Parkway, Suite 307 <br> Henderson, NV 89074 <br><br> *Attorneys for Rick Salomon* |

**ORDER**

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT COURT JUDGE**

DATED: September 13, 2018

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572