1 **SAO**
DARREN T. BRENNER, ESQ.
2 Nevada Bar No. 8386
JARED M. SECHRIST, ESQ.
3 Nevada Bar No. 10439
**AKERMAN LLP**
4 1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
5 Telephone: (702) 634-5000
Facsimile: (702) 380-8572
6 Email: darren.brenner@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for Federal National Mortgage Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICK SALOMON, | Case No. 2:14-cv-02225 |
| Plaintiff, | |
| v. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, form and type of entity unknown; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive | **STIPULATION AND ORDER TO REMAND** |
| Defendants. | |
| and | |
| FEDERAL HOUSING FINANCE AGENCY, as Conservator of Federal National Mortgage Association, | |
| Intervenor. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| Counter-Plaintiff. | |
| and | |
| FEDERAL HOUSING FINANCE AGENCY, as Conservator of Federal National Mortgage Association, | |
| Intervenor. | |

1

46592858;1

v.

RICK SALOMON; BACARA RIDGE ASSOCIATION,

Counter-Defendants

Plaintiff Rick Salomon ("Plaintiff") and Defendants Federal National Mortgage Association and Federal Housing Finance Agency ("Defendants," collectively, the "Parties"), by and through their undersigned counsel of record, hereby present this joint stipulation to remand the current action to state court. Without making any admissions of law or fact, the Parties ask this Court to remand the present action to the District Court of Clark County, Nevada.

| | |
|---|---|
| Date: October 5, 2018<br>THE LAW OFFICE OF MIKE BEEDE, PLLC<br><br>MICHAEL N. BEEDE, ESQ.<br>Nevada Bar No. 1306<br>CHERYL A. GRAMES, ESQ.<br>Nevada Bar No. 12752<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br><br>*Attorney for Plaintiff* | Date: October __, 2018<br>AKERMAN LLP<br><br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>JARED M. SECHRIST, ESQ.<br>Nevada Bar No. 10439<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Defendant Federal National Mortgage Association* |

2

Date: October 15, 2018

*/s/ Leslie Bryan Hart*
Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228 Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

and

(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000 Fax: (202) 942-5999
Asim.Varma@apks.com;
Howard.Cayne@apks.com;
Michael.Johnson@apks.com

*Attorneys for Intervenor Federal Housing Finance Agency*

## ORDER

Based on the stipulation of the parties, the case shall be and hereby is remanded to the District Court of Clark County, Nevada.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: October 16, 2018

Submitted by:

**AKERMAN LLP**

_____
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Federal National Mortgage Association*

4